USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1815 HENRY K. BOATENG, Plaintiff, Appellant, v. KATHLEEN E. O'TOOLE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard G. Stearns, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Henry K. Boateng on brief pro se. ________________ Bruce R. Henry, Susan M. O'Hara and Morrison, Mahoney & Miller on ______________ ________________ __________________________ brief for appellees. ____________________ January 28, 1998 ____________________ Per Curiam. We have reviewed the parties' briefs and ___________ the record on appeal. We affirm the grant of summary judgment in favor of the defendants, essentially for the reasons stated in the district court's memorandum and order, dated May 30, 1997. Affirmed. Loc. R. 27.1. _________ -2-